

NUMBER 13-14-00048-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RUDY'S PLUMBING SERVICE AND
RODOLFO RODRIGUEZ,                                         **Appellants,**

**v.**

TINA DE LOS SANTOS INDIVIDUALLY
AND AS INDEPENDENT EXECUTOR OF
THE ESTATE OF JAVIER DE LOS SANTOS,          **Appellee.**

## On appeal from the 332nd District Court
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on March 14, 2014, and the parties were

ordered to mediation.   This cause is now before the Court on an agreed motion to reverse

and remand for entry of take nothing judgment. Accordingly, this case is hereby REINSTATED.

The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to reverse the trial court's judgment and remand this case for entry of a take nothing judgment or an order of dismissal by the trial court. We GRANT the motion and REVERSE the trial court's order without regard to the merits, and REMAND this case to the trial court for further proceedings in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

In accordance with the agreement of the parties, costs are taxed against the party incurring same.

PER CURIAM

Delivered and filed the
12th day of June, 2014.

2